**Form 276**[OSC for Credit Counseling]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:  
    Lacy Lynn Bouge  
          Debtor(s).

Case No. 15−23586 WTT  
Chapter 7

## ORDER TO SHOW CAUSE

     Section 109(h)(1) of the Bankruptcy Code, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, disqualifies an individual from being a debtor in bankruptcy "unless such individual has, during the 180−day period preceding the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency . . . an individual or group briefing . . . that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis." In turn, § 521(b)(1) of the Bankruptcy Code in conjunction with Federal Rule of Bankruptcy Procedure 1007(b)(3)(A) and (C) requires individual debtors to file the certificate of completion received from the approved nonprofit budget and credit counseling agency with the voluntary petition. Although the Debtor(s) indicated on Exhibit D to the petition that the required prepetition briefing and certificates of completion had been received, no such certificates have been filed in this case. Accordingly, it is hereby

     ORDERED that the Debtor(s) file the required certificates of completion by **May 18, 2015 and** otherwise show cause why the above−captioned case should not be dismissed for failure to comply with Federal Rule of Bankruptcy Procedure 1007, or the case will be dismissed.

Dated and Entered on: May 8, 2015

*William J. Thurman*  
United States Bankruptcy Judge   ()

United States Bankruptcy Court
District of Utah

In re:  
Lacy Lynn Bouge  
    Debtor

Case No. 15-23586-WTT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: gmg     Page 1 of 1     Date Rcvd: May 08, 2015  
Form ID: f276     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2015.  
db     +Lacy Lynn Bouge,    1150 W 360 N #27,    St George, UT 84770-6619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2015          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2015 at the address(es) listed below:  
     Bryan Adamson    on behalf of Debtor Lacy Lynn Bouge badamson@dixielegal.com, jpeterson@dixielegal.com  
     Michael F. Thomson tr    thomson.michael@dorsey.com, UT17@ecfcbis.com;montoya.michelle@dorsey.com  
     United States Trustee    USTPRegion19.SK.ECF@usdoj.gov  
         TOTAL: 3